# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH S. BROWN, | : | Civil No. 1:20-CV-00849 |
| Plaintiff, | : | |
| v. | : | |
| DR. MARY JOY MONSALUD, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for a preliminary injunction is **DENIED**.  (Doc. 1–2.)

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania